## WILLIAM APELT v. ALBERT E. MELIN AND OTHERS.[1]

December 22, 1916.

Nos. 19,983—(112).

**Dismissal of appeal.**
Appeal dismissed because record did not contain the order appealed from [Reporter.]

Action in the municipal court of Hennepin county upon a promissory note. From an order, Hale, J., sustaining a demurrer in favor of plaintiff and against defendants, defendants appealed. Dismissed.

*E. Luther Melin*, for appellants.

*John G. Priebe*, for respondent.

PER CURIAM.

Defendants appeal "from the order rendered by Judge Hale in the district Court of the Fourth Judicial District on the 6th day of May, 1916, sustaining the demurrer in favor of the plaintiff and against the defendants therein." The appeal is dismissed for the reason that the record discloses no such order.

[1]Reported in 160 N. W. 486.